UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | 1:25-mj-00278-JCN |
| | ) | |
| RYAN GATCOMB, | ) | |
| | ) | |
| Defendant | ) | |

## ORDER OF DETENTION PENDING TRIAL

Defendant appeared before the Court on August 25, 2025, for an initial appearance on a Complaint. Defendant waived his right to a preliminary hearing. Pursuant to 18 U.S.C. § 3142(f)(1)(D), the Government moved for detention pending trial. The Court informed Defendant of his right to a detention hearing. Defendant waived his right to a detention hearing and consented to being detained pending trial. The Court is satisfied that Defendant's waiver was made voluntarily, knowingly, and intelligently, and hereby accepts the same. The Court, therefore, grants the Government's motion for detention. Accordingly, it is <u>ORDERED</u> that Defendant be detained pending trial, subject to Defendant's ability to seek to reopen the detention hearing pursuant to statute.

Defendant is committed to the custody of the Attorney General or her designated representative for confinement in a corrections facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal. Defendant shall be afforded a reasonable opportunity for private consultation with defense counsel. On order of a court of the United States or on request of an attorney for the Government, the person in charge of the corrections facility shall deliver Defendant to the

United States Marshal for the purposes of an appearance in connection with a court proceeding.

                                                      /s/ John C. Nivison
                                                     U.S. Magistrate Judge

Dated this 25th day of August, 2025.